

December 23, 2025

**Stacey L. Seltzer**
212.915.5787 (direct)
Stacey.Seltzer@wilsonelser.com

**VIA ECF**

Magistrate Judge Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Camdan Plaza East, Courtroom 504 North
Brooklyn, New York 11201

    Re:   ***Andrea Kroksnes v. PS1 Contemporary Art Center et al***
           Case No: 1:25-cv-06039-CHK

Dear Judge Kaminsky:

    We are jointly writing to inform the Court that this matter has settled in principle. We are currently working on finalizing the pertinent settlement documents and will file a stipulation of discontinuance with the Court once documents have been executed and funds have been received.

    Should the Court have any questions, please do not hesitate to contact the undersigned.

                          Respectfully submitted,

| | |
|---|---|
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | KREINDLER & KREINDLER LLP |
| */s/ Stacey L. Seltzer* | */s/ Taylor Sandella* |
| Stacey L. Seltzer | Taylor Sandella |

150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Indiana • Kentucky
Las Vegas • London • Los Angeles • Miami • Michigan • Milwaukee • New Jersey • New Orleans • New York • Orlando • Philadelphia • San Diego • San Francisco
Stamford • Virginia • Washington, DC • West Palm Beach • White Plains

wilsonelser.com

11631065v.1