UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
ANDREA KROKSNES,

                Plaintiff,

  -against-

P.S.1 CONTEMPORARY ART CENTER, INC.
d/b/a MOMA PS1, and THE MUSEUM OF MODERN
ART d/b/a MOMA,

                Defendants.
----------------------------------------------------------------------x

Case No. 1:25-cv-06039-CHK

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties, Plaintiff Andrea Kroksnes, and Defendants P.S.1 Contemporary Art Center, Inc. d/b/a MOMA PS1, and the Museum of Modern Art d/b/a MOMA, hereby stipulate and agree to the dismissal of this matter, with prejudice, pursuant to settlement with each party to bear their own fees and costs.

<u>Dated</u>: February 2, 2026

Respectfully submitted,

| | |
|---|---|
| <u>/s/ Taylor Sandella</u><br>Taylor Sandella<br>Erin R. Applebaum<br>KREINDLER & KREINDLER LLP<br>485 Lexington Avenue, Floor 28<br>New York, New York 10017<br>(212) 973-3476<br>tsandella@kreindler.com<br>eapplebaum@kreindler.com<br><br>*Attorneys for Plaintiff* | By:  <u>/s/ Stacey L. Seltzer</u><br>Stacey L. Seltzer<br>Joseph Laird<br>Wilson Elser Moskowitz Edelman<br>& Dicker<br>150 East 42nd Street<br>New York, NY 10017<br>212-915-5787<br>stacey.seltzer@wilsonelser.com<br>joseph.laird@wilsonelser.com<br><br>*Attorneys for Defendants* |